**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-5196**

———————

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

CARL E. DECKER,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (2:11-cr-00087-RGD-1)

———————

Submitted: March 29, 2012          Decided: April 2, 2012

———————

Before WILKINSON, KING, and KEENAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Timothy Anderson, ANDERSON & ASSOCIATES, Virginia Beach, Virginia, for Appellant. Neil H. McBride, United States Attorney, Jennifer Cantrell-Sutor, Special Assistant United States Attorney, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carl E. Decker appeals the district court's order affirming the magistrate judge's judgment of conviction after a bench trial finding Decker guilty of one count of driving under the influence of alcohol, in violation of 18 U.S.C. § 13 (2006), assimilating Va. Code Ann. § 18.2-266(ii) (2009), and one count of depredation of government property, in violation of 18 U.S.C. § 1361 (2006). He was sentenced to three years' probation. Finding no reversible error, we affirm.

We have considered the claims raised in Decker's brief. Decker claims there was insufficient evidence to convict him of operating a motor vehicle under the influence. We find that the evidence was sufficient to sustain the conviction. See Glasser v. United States, 315 U.S. 60, 80 (1942).

Accordingly, we affirm. We deny Decker's pro se motions to file supplemental briefs. We deny counsel's motion to withdraw. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED